# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-00896-LTB-MJW

ELIZABETH HANDL,

       Plaintiff,

v.

IQ DATA INTERNATIONAL, INC., and
DOES 1-10, inclusive,

       Defendants.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) (Doc 3 - filed December 20, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:     December 21, 2011